AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 6:24-mj- 2125 |
| JAQUISHA DURANT | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 22, 2024_____ in the county of _____Orange_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Postal Inspector Edgar Sanabria, USPIS
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: _____10/25/2024_____

City and state: _____Orlando, FL_____          _____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES | Case No. 6:24-mj-2125 |
| v. | |
| JAQUISHA DURANT | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Edgar Sanabria, being first duly sworn, hereby depose and state as follows:

### Introduction

1.      I make this affidavit in support of an arrest warrant for Jaquisha Durant ("DURANT") for a violation of 18 U.S.C. § 1344 (Bank Fraud).

2.      I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since February 2006. In my capacity as a Postal Inspector, I investigate crimes against the United States Postal Service ("USPS"), its facilities, and its personnel. In my capacity as a United States Postal Inspector, I investigate allegations of fraud, theft, robberies, burglaries, and briberies involving the use of the United States Mail and crimes against USPS employees. I have attended training in the areas of mail fraud, mail theft, advanced robbery investigations, and other related violent crimes seminar/training courses. I am authorized to obtain and execute arrest and search warrants.

3.      The information in this affidavit is based upon my personal knowledge, information obtained from other law enforcement personnel, information obtained

1

from corporate investigators, and information obtained from financial and other banking institutions. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause in support of the warrant. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all the details of this investigation of which I am aware.

**Probable Cause**

*Background: USPS Arrow Keys*

4.      Below is a picture of a USPS arrow key.



5.      The picture does not show the *actual* arrow key that was used during the crimes in this investigation. Arrow keys are USPS proprietary keys that are serialized. They grant access to various types of mail collection receptacles usually for a specific zip code or zip codes that make up a geographic area. No person outside of the USPS is authorized to be in possession of an arrow key.

*Identification of Jaquisha DURANT and Stolen Debit Cards*

6.      In late April of 2024, the USPIS was contacted by a representative from McCoy Federal Credit Union. In summary, the representative stated that multiple debit cards that McCoy Federal Credit Union recently issued and mailed to its customers were stolen. Suspects then took the stolen debit cards to McCoy Federal Credit Union branches and withdrew cash from ATMs.

7.      McCoy Federal Credit Union is federally insured by the National Credit Union Administration.

8.      On March 30, 2024, a debit card ending in 0429 was mailed to victim R.P. to their business address in Orlando, FL. This business area has USPS neighborhood delivery collection box units, otherwise known as cluster mailboxes. An arrow key is capable of opening the cluster mailboxes in this area.

9.      On April 1, 2024, debit cards ending in 5762 and 6283 were mailed to victims S.B. and E.B. to their shared address in Orlando, FL. This neighborhood has USPS neighborhood delivery collection box units, otherwise known as cluster mailboxes. An arrow key is capable of opening the cluster mailboxes in this area.

10.     On April 6, 2024, a debit card ending in 9969 was mailed to victim Z.M. to their address in Orlando, FL. This neighborhood has USPS neighborhood delivery collection box units, otherwise known as cluster mailboxes. An arrow key is capable of opening the cluster mailboxes in this area.

11.     The same USPS arrow key is capable of opening all of the cluster mailboxes for all of the addresses for these victims.

12.     On April 22, 2024, an individual with the phone number 786-417-7847 ("7847 phone number") called McCoy Federal Credit Union to activate the cards ending in 5762 and 0429.

13.     On April 22, 2024 and April 23, 2024, cash withdrawals were made using the four debit cards ending in 0429, 5762, 6283, and 9969 at McCoy Federal Credit Union branches in Ocoee, FL. One of the individuals was identified from bank surveillance videos as Jaquisha DURANT. The following table shows the cash withdrawals made by DURANT using the stolen debit cards.

| Date | Approximate Time | Branch Location | Last Four Digits of Card | Withdrawal Amount |
|------|------------------|-----------------|--------------------------|-------------------|
| 4/22/2024 | 9:39 a.m. | 1575 E Silver Star Rd, Ocoee, FL | 0429 | $500 |
| 4/22/2024 | 10:47 a.m. | 1575 E Silver Star Rd, Ocoee, FL | 0429 | $300 |
| 4/22/2024 | 2:25 p.m. | 1575 E Silver Star Rd, Ocoee, FL | 5762 | $500 |
| 4/22/2024 | 2:29 p.m. | 1575 E Silver Star Rd, Ocoee, FL | 6283 | $280 |
| 4/22/2024 | 2:30 p.m. | 1575 E Silver Star Rd, Ocoee, FL | 9969 | $500 |
| 4/23/2024 | 11:19 a.m. | 1575 E Silver Star Rd, Ocoee, FL | 6283 | $500 |

14.     The following surveillance photographs depict the above transactions. DURANT was seen sitting in either the driver's seat or passenger's seat of a car during the transactions.

*April 22, 2024 – Approximately 9:39 a.m. (Passenger's Seat)*





*April 22, 2024 – Approximately 10:47 a.m. (Driver's Seat)*





*April 22, 2024 – Approximately 2:25 - 2:30 p.m. (Driver's Seat)*





*April 23, 2024 – Approximately 11:19 a.m. (Passenger's Seat)*





*Stolen Mail and Cell Phone Discarded in Neighborhood Storm Drain*

15.     Postal Inspectors have received recent reports of stolen mail from multiple USPS cluster mailboxes in neighborhoods. Specifically, these reports describe individuals stealing mail and then discarding any unwanted mail (often numbering hundreds of pieces of stolen mail) into neighborhood storm drain gutters.

16.     On August 15, 2024, Postal Inspectors were notified by witness E.R. that large amounts of discarded mail were in a storm drain near E.R.'s residence on White Heron Bay Circle in Orlando.  Among the discarded mail was a discarded cell phone.

17.     In order to identify the owner of the abandoned phone, Postal Inspectors submitted the phone for forensic analysis. The phone number identified for the phone was the 7847 phone number, the same phone number that called to activate two of the stolen McCoy Federal Credit Union debit cards on April 22, 2024.

18.     A Snapchat account was also identified as associated with the phone. The Snapchat account name was listed as "Bam Bam", the date of birth for the account holder was listed as February 20, 1994, and an email address for the account was listed as jaquisha.durant@gmail.com.

19.     DURANT's date of birth is February 20, 1994. Her Florida driver's license photograph is depicted below.



## **Conclusion**

20.    Based on the foregoing, I submit that there is probable cause that on April

22, 2024, Jaquisha DURANT committed a violation of 18 U.S.C. § 1344 (Bank

Fraud).

Respectfully submitted,

_Edgar Sanabria_
_____
Postal Inspector Edgar Sanabria
United States Postal Inspection Service

Affidavit submitted by email and attested to me
as true and accurate via telephone or other reliable
electronic means consistent with Fed. R. Crim. P.
3 and 4.1 on this <u>25th</u> day of October, 2024.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE